**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-2371**

―――――――――――

DAWN FIGMAN,

                                    Plaintiff - Appellant,

        versus

SPRINT,

                                    Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, District Judge.  (CA-01-3)

―――――――――――

Submitted:  March 6, 2003          Decided:  March 13, 2003

―――――――――――

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Dawn Figman, Appellant Pro Se.  Neal Lawrence Walters, Charlottesville, Virginia; Timothy J. Nieman, RHOADS & SIMON, L.L.P., Harrisburg, Pennsylvania, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dawn Figman appeals the district court's order denying her Motion for Relief of Judgment Order filed pursuant to Fed. R. Civ. P. 60. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Figman v. Sprint</u>, No. CA-01-3 (W.D. Va. Nov. 13, 2002). We deny Figman's motion for leave to amend her informal brief and her motions for an extension of time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>